UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| GREAT AMERICAN ASSURANCE CO., <br>     *Plaintiff*, <br><br>     *vs.* <br><br> OLNER MICHEL, CARExPRESO, LLC, JB HUNT TRANSPORT, LETITIA CARTER, as special administrator of the estate of KARL CARTER, AND ROEHL TRANSPORT, <br>     *Defendants*. | 1:23-cv-1668-JMS-MKK |

## ORDER

Plaintiff has filed an Amended Complaint in which it alleges that this Court has diversity jurisdiction over this matter. The Court notes that Plaintiff's jurisdictional allegation regarding Defendant Carexpresso, LLC is insufficient. Plaintiff alleges that Defendant Carexpresso, LLC is "an Illinois limited liability company [and] Mehdiyev, Fuad is the sole *manager*." [Filing No. 10 at 2 (emphasis added).] But "the citizenship of a limited liability company is the citizenship of each of its *members*." *Hukic v. Aurora Loan Servs.*, 588 F.3d 420, 427 (7th Cir. 2009) (emphasis added) (citation omitted). Further, the citizenship "must be traced through however many layers of . . . members there may be." *Hart v. Terminex Int'l*, 336 F.3d 541, 543 (7th Cir. 2003).

The Court **ORDERS** Plaintiff to file a Second Amended Complaint by **October 16, 2023**, which addresses the issue above. Defendants need not answer or otherwise respond to the Second Amended Complaint at which this Order is directed. Defendants are cautioned, however, that when they do respond to the Second Amended Complaint, and to the extent that they deny any of Plaintiff's jurisdictional allegations or state that they do not have sufficient information to respond to those allegations, the Court will require the parties to conduct whatever investigation is

necessary and file a joint jurisdictional statement confirming that all parties are in agreement with the underlying jurisdictional allegations before the litigation moves forward.

Date: 10/5/2023

Hon. Jane Magnus-Stinson, Judge
United States District Court
Southern District of Indiana

**Distribution via ECF only to all counsel of record**